**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 08-cv-000938-LTB-BNB

DONN CAIRNS,

    Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,
PATRICK COX, and
MORGAN STANLEY & CO., INC.,

    Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice of Morgan Stanley and Cox (Doc 39 - filed February 26, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Morgan Stanley & Co., Inc., and Patrick Cox only,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   February 27, 2009