IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00938-LTB-BNB

DONN CAIRNS,

Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

Defendant.

_____

# ORDER
_____

This matter arises on the plaintiff's **Motion to Compel Attendance of UBS Representative at Deposition** [Doc. # 42, filed 3/26/2009] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED. The defendant shall make Mr. Giordano available for his deposition on **April 24, 2009, in the morning Denver time**.

IT IS FURTHER ORDERED that the deposition of the plaintiff shall occur, if at all, after the deposition of Mr. Giordano.

IT IS FURTHER ORDERED that the plaintiff may seek an award of his reasonable expenses and attorneys fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A) or 28 U.S.C. § 1927, incurred in pursuing Mr. Giordano's deposition.

Dated April 3, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge