IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00938-LTB-BNB

DONN CAIRNS,

Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED that the Stipulated Motion for Entry of Protective Order [docket no. 48, filed April 8, 2009] is GRANTED.

DATED:  April 21, 2009