IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00938-LTB-BNB

DONN CAIRNS,

Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Undisputed Joint Motion to Vacate June 16, 2009 Settlement Conference** [Doc. # 54, filed 6/11/2009] is GRANTED.

DATED:  June 11, 2009