**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  08-cv-000938-LTB-BNB

DONN CAIRNS,

        Plaintiff,

v.

UBS FINANCIAL SERVICES, INC.,

        Defendant.

_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 65 - filed September 22, 2009), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   September 23, 2009